UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSE DE JESUS MENDOZA-LOERA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:25-cv-00554-JPH-MJD |
| ) | |
| WARDEN, CLAY COUNTY JAIL, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER DIRECTING CLERK TO ISSUE AMENDED FINAL JUDGMENT**

The Court granted Petitioner's petition for a writ of habeas corpus on November 21, 2025, and issued final judgment that same day. Dkts. 16, 17. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**SO ORDERED.**

Date: 1/22/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel